## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| REV. CALVIN WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV2069 SPM |
| | ) | |
| FEDERAL GOVERNMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff has filed several frivolous cases in this Court alleging a wide conspiracy against his family. The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. Warren v. Federal Government, 4:13CV1878 CEJ (E.D. Mo.). This case is no different from his previous cases. Plaintiff alleges that President Obama and the First Lady are in the Ku Klux Klan and that the "whole prejudice white race" is conspiring to kill his family. Consequently, the Court will deny plaintiff's motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint. See In re Tyler, 839 F.2d 1290, 1292 (8th Cir. 1988) ("judicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims

consume a significant amount of judicial resources, diverting the time and energy of

the judiciary away from processing good faith claims.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in

forma pauperis [ECF No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without

prejudice.

An Order of Dismissal will be filed contemporaneously.

Dated this 15th day of October, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE